# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142927-8(56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KIRK LEAPHART,
       Plaintiff-Appellant,

v

FOURMIDABLE GROUP, INC., and
DETROIT HOUSING COMMISSION,
       Defendants-Appellees.
_____/

SC: 142927-8
COA: 301288, 301338
Wayne CC: 09-026822-NO

     On order of the Court, the motion for reconsideration of this Court's March 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

h0829